89 A.3d 1257

IN THE MATTER OF KEVIN JOSEPH CARLIN, AN ATTORNEY AT LAW (ATTORNEY NO. 004231985).

May 21, 2014.

## ORDER

**KEVIN JOSEPH CARLIN,** formerly of **HAMILTON,** who was admitted to the bar of this State in 1985, and who has been suspended from the practice of law since July 19, 2011, pursuant to Orders of the Court filed July 19, 2011, January 25, 2012, and December 6, 2012, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **KEVIN JOSEPH CARLIN** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **KEVIN JOSEPH CARLIN** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court for good cause shown and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further

Order of this Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.